Wouter F. and Julie A. NUNNINK v. IRELAND INDUSTRIES, INC., No. 129-79

May 16, 1979. No good cause being made to appear, appellant's motion for immediate execution, or in the alternative for bond, is denied. V.R.C.P. 62(c); V.R.C.P. 62(g).

Done in Chambers at Burlington, Vt., this 14th day of May, 1979.

Larrow, J.

STATE of Vermont v. Steven I. STAHL, No. 32-78

May 22, 1979. Motion to defer argument is denied.

WESTINGHOUSE ELECTRIC SUPPLY COMPANY v. B. L. ALLEN, INC. and The Travelers Indemnity Company, No. 147-78

May 22, 1979. Motion under V.R.A.P. 26(b) is granted.

ST. JOHNSBURY ELECTRIC CO., INC. v. NORTH STAR CONSTRUCTION CORP. v. New Hampshire Insurance Co., No. 298-78

May 22, 1979. Appeal dismissed. V.R.C.P. 79.1(g).

Edward S. ALEXANDER v. Jean Luc DUPUIS and Blandine Dupuis, No. 200-77

May 31, 1979. Motion for remand is granted. V.R.C.P. 60(b).

Kathleen A. WAITT v. Richard E. WAITT, No. 186-78

May 31, 1979. Motion for sanctions for late filing of appellee's brief denied.

STATE of Vermont v. John WARSHOW; Steven J. Machanoff; Raymond Zirblis; Stephen Cram; Wendy Curran-Cram; James R. Evans, Nos. 220-78, 231-78, 233-78, 251-78, 252-78, 253-78

May 31, 1979. Filing of printed case is waived and the matter may proceed on the original record. V.R.A.P. 30(e). The appellants shall file with the Court only six (6) copies of their appellants' brief, and shall file a single copy with the appellee by June 21, 1979.

IN RE Estella DAVIS, No. 81-79

May 31, 1979. Motion to proceed on appeal in forma pauperis granted.